Stephen E. Barnes
Ross M. Cellino
Daniel W. Aiello
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Kathleen E. Beatty
Alex Bouganim
Dylan J. Brennan
Daniel J. Caffrey
Joseph J. Capetola
Scott D. Carlton
Stephen C. Ciocca
Robert J. Cippitelli
Thomas P. Cleere
Michael J. Cooper
Christopher D. D'Amato
Ayblke Donuk
Sandy A. Fazili
Jordan S. Finkelstein
Steven M. Fleckner
Brian A. Goldstein, M.D., J.D.
Igor Grichanik
George R. Gridelli
Timothy R. Hedges

Special Counsel:
John E. Lavelle
Gregory V. Pajak
Ellen B. Sturm

Mark B. Hudoba
Lisa F. King
Patrick A. Little
John W. Looney
Michael J. Lovecchio
William J. Loyd
Brett L. Manske
John C. Murrett, Jr
Michael P. Napolitano
Joshua C. Olmstead
Alexander Paine
Robert J. Peragine
Joshua B. Sandberg
Sean L. Sasso
Robert J. Schreck
Robert Seigal
John H. Shields
David E. Silverman
Allan M. Silverstein
Erica B. Tannenbaum
Princess M. Tate-Burriss
Christopher J. Trochiano
Joe A. Vazquez
Robert L. Voltz
Michael J. Williams
K. John Wright
David C. Zimmerman

Daryl P. Ciambella
Chief Operating Officer

Scott K. Rohring
1970 - 2012
Sean P. Kelley
1973 - 2016

# Cellino & Barnes, p.c.

ATTORNEYS AT LAW

The Graybar Building, 420 Lexington Avenue, Suite 2140
New York, New York 10170

Tel: (800) 888-8888
Fax: (877) 227-8020
www.CellinoandBarnes.com

November 8, 2019

**VIA ECF**
Hon. Paul A. Engelmayer
United States District Court, Southern Disctrict of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**RE: Our Client: Robin L. McCoy-Feliu v. Jorge Salega –61A171595**
**Index No.: 19-cv-00111-PAE**

Dear Hon. Engelmayer:

This firm represents Plaintiff in the above-referenced action.

For the Court's consideration, the undersigned will be out of town on December 16, 2019 as such I respectfully request that the case management conference scheduled for December 16, 2019 be rescheduled. My office has not made any prior requests for an adjournment of this conference. Counsel for the defendants has consented to this request.

Thank you for your consideration.

Respectfully submitted,

Princess M. Tate-Burriss
(800) 888-8888 x518

PMTB:apl

cc: Johan Obregon @ Callahan & Fusco, LLP-

The case management conference is rescheduled to December 12, 2019 at 3:30 p.m.
SO ORDERED.

11/12/19

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Offices in Buffalo, Rochester, Long Island, and Manhattan
(800) 888-8888