UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
ROBIN L. MCCOY-FELIU,

                        Plaintiff,

        -v-

JORGE SALEGA, et al.,

                        Defendants.

------------------------------------------------------------------------- X

19 Civ. 111 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The case management conference scheduled for December 12, 2019 at 3:30 p.m. is hereby rescheduled to December 12, 2019 at 11:30 a.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 15, 2019
       New York, New York