UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
: 
ROBIN L. MCCOY-FELIU, :
: 19 Civ. 111 (PAE)
Plaintiff, :
: ORDER
-v- :
: 
JORGE SALEGA, et al., :
: 
Defendants. :
: 
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth on the record of today's conference, the Court extends the deadline for expert discovery to February 6, 2020. The next case management conference is scheduled for March 20, 2020 at 9 a.m.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: December 12, 2019
       New York, New York