UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN L. MCCOY-FELIU,<br><br>                              Plaintiff,<br>                -v-<br><br>JORGE SALEGA, et al.,<br><br>                             Defendants. | 19 Civ. 111 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Due to the current public health situation, the conference scheduled for April 10, 2020, at 2:30 p.m. is adjourned to May 8, 2020, at 2:30 p.m.

SO ORDERED.

                                                                            PAUL A. ENGELMAYER
                                                                            United States District Judge

Dated: March 13, 2020
       New York, New York